IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NEHEMIAH HICKS                                                        PLAINTIFF

v.                        Case No. 5:15-CV-05019

CITY OF SPRINGDALE, ARKANSAS; DETECTIVE
GREGORY, Springdale Police Department; OFFICER
HAMMONTREE; DETECTIVE TIM FAUBUS; and
SPRINGDALE MAYOR DOUG SPROUSE                            DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 9) from United States Magistrate Judge James R. Marschewski to which Plaintiff filed objections (Doc. 10). The Court has conducted a *de novo* review as to all specified proposed findings and recommendations to which Defendants have raised objections. 28 U.S.C. § 636(b)(1).

The Court cannot discern from Plaintiff's objections any law or fact requiring departure from the Magistrate's report. Rather, the report of the magistrate appears to be well reasoned and the recommendation to be sound. In his objections, Plaintiff argues that his case should not be dismissed and that he should be allowed to amend his complaint. Allowing amendment of Plaintiff's complaint would be futile, as his claims—even if amended—could not withstand a motion to dismiss. *Silva v. Metropolitan Life Ins. Co.*, 762 F.3d 711, 719 (8th Cir. 2014) (stating that motions to amend may be denied where amendment would be futile; examples of futile claims are those that are frivolous or would not withstand a motion to dismiss).

Accordingly, the Court finds that the report and recommendation of the Magistrate is proper and should be and hereby is ADOPTED IN ITS ENTIRETY. For the reasons stated in the Magistrate Judge's report and recommendation, IT IS ORDERED that Plaintiff's complaint is

DISMISSED WITH PREJUDICE as frivolous and as Plaintiff's complaint fails to state a claim on which relief may be granted.

The Clerk is directed to place a § 1915(g) strike on this case.

Judgment will be entered accordingly.

IT IS SO ORDERED this 16th day of April, 2015

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE